1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7124
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12 ARASH SAFFARPOUR,                )
                                    ) No. C 08-0925 WHA
13            Plaintiff,            )
                                    )
14      v.                          ) **STIPULATION TO DISMISS; AND**
                                    ) **[PROPOSED] ORDER**
15 MICHAEL CHERTOFF, Secretary,     )
   Homeland Security;               )
16 EMILIO GONZALES, USCIS Director; )
   DAVID STILL, District Director, DHS, )
17                                  )
              Defendants.           )
18 _____  )

19    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

20 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light

21 of the adjudication of Plaintiff's adjustment of status application (Form I-485).

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

Stip. to Dismiss
C08-0925 WHA                              1

1  Each of the parties shall bear their own costs and fees.

2  Dated: April 8, 2008                    Respectfully submitted,

3                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

4

5

6                                          _____/s/_____
                                           ILA C. DEISS[1]
                                           Assistant United States Attorney
7                                          Attorney for Defendants

8

9  Dated: April 8, 2008                    _____/s/_____
                                           SUZANNE SPORRI
10                                         Attorney for Plaintiff

11

12

13                              **ORDER**

   Pursuant to stipulation, IT IS SO ORDERED.
14

15

16  Date:                                  _____
                                           WILLIAM ALSUP
17                                         United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stip. to Dismiss
C08-0925 WHA                               2